IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHESS, | No. 2:13-cv-0192-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| J. BAL, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

       On April 17, 2013, the court directed plaintiff to resolve the fee status for this case and to file an amended complaint within 30 days.  Plaintiff requested and was granted a 30-day extension of time on June 27, 2013.  Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 110.  To date, plaintiff has not complied by either paying the full filing fee or filing a complete application for leave to proceed in forma pauperis, nor has he filed an amended complaint.

Plaintiff shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to resolve fees and file an amended complaint. Plaintiff is again warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders. See id.

IT IS SO ORDERED.

DATED: October 18, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE